UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES ANTOINE BURNETT                        CIVIL ACTION

VERSUS                                         NUMBER: 15-0608

GREGORY LONGINO, ET AL.                        SECTION: "F"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  6th  day of     July    , 2015.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE